# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-0487
L.T. Case No. 1999-CF-001912-A

_____

COLLIN L. JACKSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


3.800 Appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

Collin L. Jackson, Madison, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

April 1, 2025

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____